UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AVENUE CONSTRUCTION, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00845 |
| BARLOW GARRISON COMMERCIAL, LLC, | ) |
| Defendant. | ) |

## ORDER

On January 13, 2022, Defendant filed a Motion to Dismiss Plaintiff's Claim for a Constructive Trust. (Doc. No. 15). While that motion was pending, Plaintiff filed an Amended Complaint. (Doc. No. 17). The Amended Complaint is now the legally operative complaint in this case, see Parry v. Mohawk Motors of Mich., Inc., 236 F.3d 299, 306–07 (6th Cir. 2000), Defendant's motion to dismiss (Doc. No. 15) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE