IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| AVENUE CONSTRUCTION, LLC, | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| | ) | Case No. 3:21-cv-00845 |
| v. | ) | Judge Crenshaw/Frensley |
| | ) | |
| BARLOW GARRISON COMMERCIAL, LLC, | ) | |
| Defendant(s) | ) | |

**O R D E R**

The parties shall file a revised case resolution status report by March 25, 2022.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge